1 | AARON D. FORD
  | Attorney General
2 | KAYLA D. DORAME, Bar No. 15533
  | Deputy Attorney General
3 | State of Nevada
  | 100 N. Carson Street
4 | Carson City, Nevada 89701-4717
  | Tel: (775) 684-1259
5 | E-mail: kdorame@ag.nv.gov

6 | *Attorneys for Party in Interest*
  | *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GERHARD HOLDERER, | |
|---|---|
| Plaintiff, | Case No. 3:21-cv-00209-MMD-CLB |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Gerhard Holderer, *pro se*, and the Nevada Department of Corrections and Defendant Cabrera, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Kayla D. Dorame, that pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the parties' settlement agreement, each party hereto shall bear its own attorney's fees and costs.

DATED this 3 day of January, 2023.          DATED this 9th day of February, 2023.

                                                AARON D. FORD
                                                Attorney General

By: _____          By: /s/ Kayla D. Dorame
    Gerhard Holderer (#1196910)                 _____
    *Plaintiff, Pro Se*                                     KAYLA D. DORAME, Bar No. 15533
                                                Deputy Attorney General

                                                *Attorneys for Interested Party*
                                                *Nevada Department of Corrections*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED   February 9, 2023

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 9, 2023, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Gerhard Holderer, #1196910
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

/s/ Roberta W. Bibee
An employee of the
Office of the Nevada Attorney General